UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDUS CAPITAL PARTNERS, LLC,<br><br>         Plaintiff,<br><br>    - against -<br><br>INDUSINO RESEARCH & MANAGEMENT, LLC,<br><br>         Defendant. | Case No.: 07 cv 10509 (LAP)<br><br>**RULE 7.1 STATEMENT** |

    Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Indus Capital Partners, LLC ("Indus") states that Indus is a limited liability company organized under the laws of the State of Delaware, and certifies that there are no parent corporations and that no publicly held corporation owns 10% or more of Indus' stock.

New York, New York
November 21, 2007

                SEWARD & KISSEL LLP


           By:  /s/ Mark J. Hyland
               Mark J. Hyland (MH-5872)
               Beth H. Alter (BA-8331)
               Benay L. Josselson (BJ-1278)
               One Battery Park Plaza
               New York, New York 10004
               (212) 574-1200

               Attorneys for Plaintiff
               Indus Capital Partners, LLC

SK 03363 0003 831848