PRESKA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDUS CAPITAL PARTNERS, LLC,

                 Plaintiff,

- against -

INDUSINO RESEARCH & MANAGEMENT, LLC,

                 Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/07

**STIPULATION**

07 Civ. 10509 (LAP)

    Plaintiff Indus Capital Partners, LLC and Defendant Indusino Research & Management, LLC hereby stipulate and agree that Defendant's time to answer, move or otherwise respond to the Complaint shall be extended to and including January 11, 2008.

New York, New York
December 7, 2007

**SEWARD & KISSEL LLP**

By: _Mark J. Hyland_
    Mark J. Hyland
    hyland@sewkis.com
One Battery Park Plaza
New York, New York 10004
(212) 574-1200
Attorneys for Plaintiff
Indus Capital Partners, LLC

**BINGHAM MCCUTCHEN LLP**

By: _Edward F. Maluf_
    Edward F. Maluf
    edward.maluf@bingham.com
399 Park Avenue
New York, New York 10022
(212) 705-7000
Attorneys for Defendant
Indusino Research & Management, LLC

SO ORDERED:

_Loretta A. Preska_
U.S.D.J.
December 11, 2007

A/72343206.2