BINGHAM McCUTCHEN LLP
Edward F. Maluf
edward.maluf@bingham.com
Lavanya Kilaru
lavanya.kilaru@bingham.com
399 Park Avenue
New York, NY 10022-4689
(212) 705-7000

*Attorneys for Defendant/Counterclaimant
Indusino Research & Management, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INDUS CAPITAL PARTNERS, LLC,<br><br>               Plaintiff,<br><br>-against-<br><br>INDUSINO RESEARCH & MANAGEMENT, LLC,<br><br>               Defendant. | 07 Civ. 10509 (LAP)<br><br>RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT/COUNTERCLAIMANT INDUSINO RESEARCH & MANAGEMENT, LLC |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant/counterclaimant Indusino Research & Management, LLC, by its undersigned counsel, discloses that there is no parent company and no publicly held entity that owns 10% or more of Indusino Research & Management, LLC, nor does Indusino Research & Management, LLC have any corporate affiliates. Further, Indusino Research & Management, LLC is unaware of any corporation, unincorporated association, partnership or other business entity, not a party to the case, which may have any financial interest whatsoever in the outcome of the litigation.

A/72382255.1

Dated: New York, New York.
      January 11, 2008

                              BINGHAM McCUTCHEN LLP

                              By: /s/ Edward F. Maluf
                                  Edward F. Maluf
                                  edward.maluf@bingham.com
                                  Lavanya Kilaru
                                  lavanya.kilaru@bingham.com
                              399 Park Avenue
                              New York, NY  10022-4689
                              (212) 705-7000

                              *Attorneys for Defendant/Counterclaimant*
                              *Indusino Research & Management, LLC*

A/72382255.1