UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDUS CAPITAL PARTNERS, LLC,

                      Plaintiff,

- against -

INDUSINO RESEARCH & MANAGEMENT, LLC,

                      Defendant.

**AFFIDAVIT OF SERVICE**

07 Civ. 10509 (LAP)

STATE OF NEW YORK   )
                             : ss.:
COUNTY OF NEW YORK )

        JANE ZAPPULLA, being duly sworn, deposes and says:

        1.    I am not a party to this action, I am over 18 years of age, and reside in Richmond County, New York.

        2.    On November 21, 2007, Seward & Kissel LLP filed a complaint in the United States District Court, Southern District of New York, captioned <u>Indus Capital Partners, LLC v. Indusino Research & Management, LLC</u> (07 Civ. 10509 (LAP)).  A courtesy copy of the complaint was mailed and faxed by Beth Alter, counsel for Seward & Kissel, to Edward Maluf, a partner at Bingham McCutchen LLP, on November 26, 2007.

        3.    Following a discussion between Mark Hyland, a member of Seward & Kissel, and Mr. Maluf, during which Mr. Maluf agreed to accept service on behalf of Indusino Research & Management, LLC, on January 10, 2008, I served one (1) true copy of Seward & Kissel LLP's: (a) Summons; (b) Complaint; (c) Civil Cover Sheet; (d) Rule 7.1 Statement; and one (1) true copy of Judge Preska's rules of practice on:

Edward F. Maluf
Bingham McCutchen LLP
399 Park Avenue
New York, New York 10022

by personally depositing said documents at a post office official depository under the exclusive care and custody of the United States Postal Service within the state of New York, enclosed in a properly addressed wrapper.

Sworn to before me on
January 14, 2008

_____
Notary Public

_____
Jane Zappulla

DARBY J GREEN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02GR6139906
Qualified In Nassau County
My Commission Expires January 17, 2010

SK 03363 0003 844559