# BINGHAM

Edward F. Maluf
Direct Phone: 212.705.7987
Direct Fax: 212.702.3617
edward.maluf@bingham.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08

January 22, 2008

**BY HAND**

Judge Loretta A. Preska
United States District Judge
United States District Court for the Southern District of New York
500 Pearl St., Room 1320
New York, NY 10007

Re: *Indus Capital Partners, LLC v. Indusino Research & Management, LLC*, Case No. 07 CV 10509

Dear Judge Preska:

We represent defendant and counterclaimant Indusino Research & Management, LLC. With the consent of opposing counsel, we respectfully request that the Court adjourn the date of the pretrial conference, which is now set for February 28, 2008. We seek the adjournment due to an unavoidable scheduling conflict. Counsel are available the week of March 3, and the week of March 17, 2008, excluding March 18, 2008. The parties have not previously requested any adjournments or extensions in this matter.

Respectfully,

/s/ F. Maluf

Edward F. Maluf

*The February 28 conference is adjourned to March 5 at 9:00am*

cc: Mark J. Hyland, Esq. (by email)

February 13, 2008

SO ORDERED

/s/ Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

Boston
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Walnut Creek
Washington

Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

T 212.705.7000
F 212.752.5378
bingham.com

A/72391971.1