UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

Indus Capital Partners, LLC.,

              Plaintiff,

-against-

Induoiro Research & Management, LLC

              Defendants.

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08

07 Civ. 10509 (LAP)

ORDER OF CONFERENCE

LORETTA A. PRESKA, United States District Judge:

    It is hereby

    ORDERED that counsel are directed to appear in courtroom 12A, or such other courtroom as may be designated, United States Courthouse, 500 Pearl Street, New York, New York 10007 on May 21, 2008 at 10:00 a.m. for a settlement conference in the above action.

SO ORDERED

April 28, 2008

                                                LORETTA A. PRESKA, U.S.D.J.