# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

MARK J. HYLAND
Partner
212-574-1541
hyland@sewkis.com

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

1200 G STREET, N.W.
WASHINGTON, D.C. 20005
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

April 30, 2008

**VIA FAX**

The Honorable Loretta A. Preska
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1320
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/08

Re:   **Indus Capital Partners, LLC v. Indusino Research & Management, LLC, 07 Civ. 10509 (S.D.N.Y) (LAP)**

Dear Judge Preska:

We represent plaintiff Indus Capital Partners, LLC in this action. We have the Court's Order dated April 28, 2008 scheduling a settlement conference for May 21, 2008, and we are most grateful for Your Honor's assistance in seeking a resolution of this trademark dispute. Because of a scheduling conflict, I respectfully ask, if possible, that the conference be rescheduled.

Unfortunately, I have an arbitration that will run at least through the week of May 19, 2008, and our client will be out of the country the following week. After consulting with Edward Maluf, Esq., counsel for defendant Indusino Research & Management, LLC, we learned that Mr. Edward Maluf likely will be unavailable the week of June 2, 2008. Accordingly, we respectfully propose that, if possible, the settlement conference be rescheduled for any day during the week of June 9, 2008, with the exception of Tuesday, June 10, 2008.

Respectfully yours,

*Mark J. Hyland*

cc: Edward F. Maluf, Esq. (via email)

MJH:bj

SK 03363 0021 879104

*The conference is adjourned to June 9 at 9:00am.*

SO ORDERED

*Loretta A. Preska*
LORETTA A.
UNITED STATES DISTRICT JUDGE

May 1, 2008