# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

MARK J. HYLAND
Partner
(212) 574-1541
hyland@sewkis.com

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

1200 G STREET, N.W.
WASHINGTON, D.C. 20005
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7/16/08

July 10, 2008

**VIA FAX 212-805-7933**



RECEIVED
JUL 10 2008
CHAMBERS OF
ANDREW J. PECK

The Honorable Andrew J. Peck
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1370
New York, NY 10007

**Indus Capital Partners, LLC v. Indusino Research & Management, LLC, 07 Civ. 10509 (S.D.N.Y) (LAP)**

Dear Judge Peck:

We represent Plaintiff Indus Capital Partners, LLC ("Indus") in this action. Pursuant to Your Honor's directive entered June 26, 2008 following the parties' settlement conference before Your Honor on June 25, 2008, we provide a status report regarding the progress of settlement. Defendant Indusino Research & Management, LLC ("Indusino") has agreed, subject to a satisfactory corporate name and trademark search, to change its name and mark from INDUSINO to IndoPacific, with a six-month phase out period. Subject to final agreement and documentation satisfactory to the parties reflecting such agreement, Indus has agreed to pay Indusino the monetary amount discussed at the settlement conference. Defendant expects to have its corporate name and trademark search completed next week and to communicate to our office upon Mr. Maluf's return to the office from vacation the week of July 21, 2008.

Respectfully yours,

Mark J. Hyland

MJH:mbr

cc: Edward F. Maluf, Esq.
(via fax) 212-702-3617

SK 03363 0021 899439

BY FAX

**MEMO ENDORSED** 7/16/08
Next (and hopefully final) status
letter due 7/30/08.

SO ORDERED:
Hon. Andrew J. Peck
United States Magistrate Judge

copies /fax to:
Judge Preska

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:       (212) 805-7933
Telephone No.: (212) 805-0036

Dated:  **July 16, 2008**                          Total Number of Pages: __2__

| TO | FAX NUMBER |
|---|---|
| Mark J. Hyland, Esq. | 212-480-8421 |
| Edward F. Maluf, Esq. | 212-702-3617 |
|  |  |

## TRANSCRIPTION:

**MEMO ENDORSED 7/16/08**

Next (and hopefully final) status letter due **7/30/08**.

Copy to:   Judge Loretta A. Preska