# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA

NEW YORK, NEW YORK 10004

MARK J. HYLAND
Partner
(212) 574-1541
hyland@sewkis.com

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

1200 G STREET, N.W.
WASHINGTON, D.C. 20005
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184



RECEIVED JUL 30 2008 CHAMBERS OF ANDREW J. PECK

July 30, 2008

**VIA FAX**

The Honorable Andrew J. Peck
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1370
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 7/30/08

**Indus Capital Partners, LLC v. Indusino Research & Management, LLC, 07 Civ. 10509 (S.D.N.Y) (LAP)**

Dear Judge Peck:

We represent Plaintiff Indus Capital Partners, LLC ("Indus") in this action. We write pursuant to Your Honor's directive entered July 16, 2008 that the parties provide an updated status report regarding the progress of settlement. Defendant Indusino Research & Management, LLC ("Indusino"), in conducting its corporate name and trademark search, reports that it has learned of several other companies and funds within the investment community that include similar or identical names to the one originally contemplated. As a result, Indusino is currently considering other name options in order to maintain the settlement.

Respectfully yours,

/s/ Mark J. Hyland

MJH:mbr
cc: Edward F. Maluf, Esq. (by fax)

BY FAX

**MEMO ENDORSED** 7/29/08

1. Next status letter due 8/15.
2. You need to speed this up or the Court will re-establish litigation deadlines despite ongoing settlement efforts.

SO ORDERED:

/s/ Andrew Peck
Hon. Andrew Jay Peck
United States Magistrate Judge

Copy for: [illegible]

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

Dated:  July 30, 2008                                Total Number of Pages:  2

| TO | FAX NUMBER |
|---|---|
| Mark J. Hyland, Esq. | 212-480-8421 |
| Edward F. Maluf, Esq. | 212-702-3617 |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 7/29/08**

1.  Next settlement status letter due 8/15.

2.  You need to speed this up or the Court may have to establish litigation deadlines despite ongoing settlement efforts.

Copy to:    Judge Loretta A. Preska