# BINGHAM

Edward F. Maluf
Direct Phone: 212.705.7987
Direct Fax: 212.702.3617
edward.maluf@bingham.com

**RECEIVED AUG 15 2008 CHAMBERS OF ANDREW J PECK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/18/08

August 15, 2008

**VIA FACSIMILE 212-805-7933**

The Honorable Andrew J. Peck
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1370
New York, New York 10007

Re: Indus Capital Partners, LLC v. Indusino Research & Management, LLC, 07 Civ. 10509 (S.D.N.Y.) (LAP)

Dear Judge Peck:

We represent Defendant Indusino Research & Management, LLC ("Indusino") in this action. The Parties hereby provide the following status report pursuant to the telephonic conference held before your Honor on August 15, 2008.

As your Honor is aware, the Parties have agreed to a settlement in principle, subject to a satisfactory corporate name and trademark search by Indusino. As we advised your Honor during today's conference, Indusino has been working diligently to clear new potential corporate names in order to effect the settlement that was reached. Notwithstanding Indusino's efforts and the expense that it has endured, Indusino has not yet settled on a new corporate name that also is clear from a trademark perspective. Indusino continues to search for a suitable name.

At our request and with Plaintiff's consent, your Honor has directed that the Parties have until and including September 30, 2008 to submit a Stipulation of Dismissal reflecting final settlement of the action. Your Honor further directed that, in the event such a Stipulation of Dismissal is not submitted by then, the Parties are to submit, by September 30, 2008, a joint proposed Scheduling Order so that discovery may resume.

Respectfully,

*/s/ Edward F. Maluf*

Edward F. Maluf

cc: Mark J. Hyland, Esq.
(via fax) 212-480-8421

**MEMO ENDORSED** 8/18/08
APPROVED. Let's get it done!

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

BY FAX

Boston
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Walnut Creek
Washington

Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

T 212.705.7000
F 212.752.5378
bingham.com

A/72627060.1

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

**Dated:** __August 18, 2008__                    **Total Number of Pages:** __2__

| TO | FAX NUMBER |
|---|---|
| Mark J. Hyland, Esq. | 212-480-8421 |
| Edward F. Maluf, Esq. | 212-702-3617 |
|  |  |

# TRANSCRIPTION:

MEMO ENDORSED 8/15/08

APPROVED. Let's get it done!


Copy to:    Judge Loretta A. Preska